**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

August 6, 2025

Pierce County Superior Court
930 Tacoma Avenue S
Tacoma, Washington 98402

RE: *Panasyuk v. American Family Connect Property and Casualty Insurance Company*
Case #3:25–cv–05450–BHS

Dear Clerk:

Please find enclosed the certified copy of Judge Benjamin H. Settle's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 25–00002–07626–7

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Morgan D Hinton,
*Deputy Clerk*

Enclosures